# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

## AT BECKLEY

BYRON KEITH PERKINS,

    Petitioner,

v.                                                                     CIVIL ACTION NO. 5:19-cv-00152

WARDEN D.L. YOUNG,

    Respondent.

## ORDER

Pending is Petitioner's letter-form motion for voluntary dismissal [Doc. 18] filed January 13, 2020. This action was previously referred to United States Magistrate Judge Omar J. Aboulhosn for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Aboulhosn filed his PF&R on January 22, 2020. Magistrate Judge Aboulhosn recommended that the Court grant Petitioner's letter-form motion [Doc. 18], dismiss the Petition [Doc. 1] without prejudice, and remove this matter from the Court's docket.

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) (emphasis added) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*."). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (parties may not typically "appeal a

magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on February 10, 2020. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[Doc. 19]**, **GRANTS** Petitioner's motion for voluntary dismissal **[Doc. 18]**, **DISMISSES** the Petition for Writ of Habeas Corpus **[Doc. 1]** without prejudice, and **DISMISSES** the matter.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party herein.

ENTERED: February 12, 2020



Frank W. Volk
United States District Judge